UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MICHAEL IAN GIBSON, #381467 | § § | |
| v. | § § | CIVIL NO. 4:22-CV-169-SDJ |
| LISA BRONCHETTI, ET AL. | § § | |

**MEMORANDUM ADOPTING THE REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 17, 2022, the Report of the Magistrate Judge, (Dkt. #8), was entered containing proposed findings of fact and recommendations that *pro se* Plaintiff Michael Ian Gibson's claims be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41.

Thereafter, Plaintiff filed a motion seeking an extension of time to pay initial filing fees. (Dkt. #10). The Magistrate Judge granted the motion, extending Plaintiff's deadline to pay the initial partial filing fee until October 17, 2022. (Dkt. #11). To date, Plaintiff has not paid the initial partial filing fee.

Accordingly, having assessed the Report, and no objections thereto having been timely filed, and given Plaintiff's continued failure to pay the initial partial filing fee, the Court determines that the Magistrate Judge's Report should be adopted.

It is therefore **ORDERED** that Plaintiff Michael Ian Gibson's claims are **DISMISSED WITHOUT PREJUDICE**.

**So ORDERED and SIGNED this 2nd day of December, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE